UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

George F. Wilt,                                    Case No. 8:10-bk-01561-CED
                                                   Chapter 13

                 Debtor.

_____/

George F. Wilt,                                    Adv. No. 8:10-ap-00896-CED

                 Plaintiff,

v.

Green Tree Servicing, LLC,

                 Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS PROCEEDING came on for hearing before the Court on August 30, 2011 at

11:00 a.m. on the cross-motions for summary judgment filed by Defendant and Plaintiff

("**Motions**") (Docs. No. 28 and 34).  The Court, having heard from counsel, considered

the Motions, and reviewed the record of this Proceeding, finds, for the reasons stated

orally on the record that shall constitute the decision of the Court, that Plaintiff's Motion

for Summary Judgment (Doc. No. 34) should be granted.  Accordingly, it is

**ORDERED and ADJUDGED** as follows:

1.      By agreement of the parties, Plaintiff's Second Claim for Relief in his Amended Complaint is dismissed.

2.      Plaintiff's Motion for Summary Judgment is granted.

3.      Defendant's Motion for Summary Judgment is denied.

4.      Debtor/Plaintiff's Objections to Claims No. 2 and 10 of the Defendant are sustained.

5.      By agreement of the parties, the value of the collateral securing Defendant's allowed secured claim is $27,000.00.

6.      Green Tree Servicing, LLC shall have an allowed secured claim of $27,000 with simple interest of 5.25% per annum.

7.      Any payments made as adequate protection to Green Tree Servicing, LLC prior to confirmation of Debtor/Plaintiff's Chapter 13 Plan shall reduce only the balance of the allowed secured claim.

8.      Upon payment in full of the allowed secured claim, the lien held by Green Tree Servicing, LLC shall be satisfied and title to the personal and real property collateral shall vest free and clear of all encumbrances in the Debtor/Plaintiff.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on December 15, 2011 _____.

_____
Caryl E. Delano
United States Bankruptcy Judge

Copies to be provided by CM/ECF service